UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ELVIS JOHNSON                                    CIVIL ACTION

VERSUS                                           NO: 05-6433

N. BURL CAIN                                     SECTION: R(4)


**ORDER**

Neither party has objected to the Magistrate Judge's Report and Recommendation and the Court adopts the Report as its own opinion. Accordingly, it is ordered that Plaintiff's petition for writ of habeas corpus is GRANTED, and that Mr. Johnson's March 19, 2005 conviction and sentence are declared void. The Court notes that Mr. Johnson is currently serving life sentences on two other convictions and that this Order has no effect on Mr. Johnson's continued incarceration.


New Orleans, Louisiana, this **18th** day of March, 2009.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE